THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  
 IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS 
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Steven Tillison, Appellant.
 
 
 

Appeal From Anderson County
 J. Cordell Maddox, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-479   
Submitted September 14, 2004  Filed September 16, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Druanne Dykes White, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Steven Tillison (Appellant) 
 waived presentment of an indictment and pled guilty to unlawful possession of 
 a pistol. He was convicted and sentenced to 60 days in jail with credit for 
 28 days served.
On appeal, counsel for Appellant has filed a final 
 brief along with a petition to be relieved as counsel.  Appellant did not file 
 a pro se response.  After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.               
APPEAL DISMISSED. [1] 
GOOSLBY, ANDERSON, and WILLIAMS, JJ., concur.

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.